UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60259-CIV-DAMIAN

**ROBERT PIETZ**,

    Plaintiff,

v.

**APPLE, INC.**,

    Defendant.

_____/

## ORDER ON MOTION TO STAY CASE

**THIS CAUSE** came before the Court on Defendant, Apple Inc.'s, Motion to Stay Discovery, filed March 17, 2025 [ECF No. 19 (the "Motion")].

THE COURT has reviewed the Motion, the record, and applicable law and is otherwise fully advised. Finding good cause for the relief sought in the Motion, and noting that Plaintiff did not respond to the Motion—which is itself sufficient cause to grant the Motion (*see* S.D. Fla. L.R. 7.1(c)(1)), it is

**ORDERED** that the Motion **[ECF No. 19]** is **GRANTED**. Discovery in this case is **STAYED** pending a ruling on the Motion to Dismiss [ECF No. 14].

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 3rd day of April, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**